IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ISAIAH PARTON,<br><br>Plaintiff,<br><br>vs.<br><br>TANYA COX, ET AL.,<br><br>Defendants. | CV 24-170-BLG-DLC<br><br>ORDER |

Plaintiff Isaiah Parton moves for an extension of time to file his amended complaint. (Doc. 14.) The motion is granted.

Accordingly, it is HEREBY ORDERED:

1. Parton's motion for an extension is GRANTED. (Doc. 14.)

2. Parton's amended complaint is due by **March 21, 2025.**

3. At all times, Parton must advise the Court of any change of address. Failure to do so may result in dismissal of the action without notice to him.

DATED this 5th day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court